KATRINA S. JONES AYERS CARPENTER,    )
    Plaintiff,    )
        )
v.    )    No. 3:12-CV-39
    )    (Phillips/Shirley)
MICHAEL J. ASTRUE,    )
COMMISSIONER OF SOCIAL SECURITY,    )
    Defendant.    )

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 13] are hereby **OVERRULED.** The report and recommendation [Doc. 12] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 8] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 10] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
United States District Judge